**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* ______ Chapter 11

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | Liberty Behavioral & Community Services Inc. |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | FKA Liberty Employment Inc. |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 80-0625308 |
| 4. | **Debtor's address** | **Principal place of business**<br>5601 W. Slauson Avenue, Suite 130<br>Culver City, CA 90230<br>Number, Street, City, State & ZIP Code<br>Los Angeles<br>County<br><br>**Mailing address, if different from principal place of business**<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>1820 S. Grand Avenue, Los Angeles 90015<br>301 N. Canon Avenue, Suite 206, Beverly Hills, CA 90210<br>Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website (URL)** | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: |

**7. Describe debtor's business**

A. *Check one:*

- ■ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☐ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

6241

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check all that apply:*
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

District ____________ When ____________ Case number ____________
District ____________ When ____________ Case number ____________

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ■ No
- ☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor ______ Relationship ______
District ______ When ______ Case number, if known ______

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? ______

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other ______

**Where is the property?** ______

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency ______

Contact name ______

Phone ______

## Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor Liberty Behavioral & Community Services Inc.
Name

Case number (if known)

**Request for Relief, Declaration, and Signatures**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 10/20/2026
MM / DD / YYYY

X [signature]
Signature of authorized representative of debtor

Ladale Jackson
Printed name

Title Chief Executive Officer

**18. Signature of attorney**

X [signature]
Signature of attorney for debtor

Date 10/23/2026
MM / DD / YYYY

Michael Jay Berger
Printed name

Law Offices of Michael Jay Berger
Firm name

9454 Wilshire Boulevard, 6th floor
Beverly Hills, CA 90212
Number, Street, City, State & ZIP Code

Contact phone (310) 271-6223 Email address michael.berger@bankruptcypower.com

100291 CA
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Liberty Behavioral & Community Services Inc. |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Academy Behavioral of CA<br>5079 Gloria Ave<br>Encino, CA 91436 | | | | | | $50,000.00 |
| ADP<br>One ADP Blvd.<br>Roseland, NJ 07068 | | | Contingent<br>Unliquidated | | | $112,000.00 |
| American Express<br>c/o Becket and Lee<br>PO Box 3001<br>Malvern, PA 19355 | | | | | | $152,000.00 |
| American Express<br>c/o Becket and Lee<br>PO Box 3001<br>Malvern, PA 19355 | | | | | | $330,000.00 |
| Apollo<br>9 West 57th St., 41st Fl<br>New York, NY 10019 | | | | | | $450,000.00 |
| Atkinson, Andelson, Loya, Ruud<br>12800 Center Court Dr. Ste. 300<br>Cerritos, CA 90703 | | Professional fees | | | | $236,071.00 |
| Buckingham Heights Business Park<br>c/o Matthew Sullivan, President<br>5731 W. Slauson Avenue, Ste 222<br>Culver City, CA 90230 | | delinquent rent for 5601 W. Slauson Ave., Suite 130, Culver City, CA 90230. | | | | $66,102.06 |
| CalChoice<br>721 South Parker, Suite 140<br>Orange, CA 92868 | | | | | | $64,000.00 |

Debtor Liberty Behavioral & Community Services Inc.
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Chase Ink<br>PO Box 6294<br>Carol Stream, IL 60197 | | | | | | $97,000.00 |
| Douglas Emmett 2014, LLC<br>c/o Douglas Emmett Management, LLC<br>Attn: Senior Vice President<br>1299 Ocean Avenue, Suite 1000<br>Santa Monica, CA 90401 | | delinquent rent for 301 N Canon Drive, Beverly Hills, CA 90210 | | | | $41,659.10 |
| EDD<br>P.O. Box 826880<br>Sacramento, CA 94280 | | Payroll Taxes | | | | $155,357.00 |
| Internal Revenue Service<br>P O Box 7346<br>Philadelphia, PA 19101-7346 | | Payroll Tax | | | | $1,116,200.00 |
| LBJ Holdings<br>6441 S. Holt<br>Los Angeles, CA 90056 | | | | | | $100,000.00 |
| Netsmart<br>11100 Nall Ave<br>Overland Park, KS 66210 | | | Contingent<br>Unliquidated | | | $74,000.00 |
| NewCo Capital Group LLC<br>c/o Piekarski Law<br>17 State Street, Ste 1800<br>New York, NY 10004 | | | | $450,000.00 | $0.00 | $450,000.00 |
| North Mills Credit Trust<br>601 Merritt 7, ste 5<br>Norwalk, CT 06851 | | | | | | $65,000.00 |
| Parkside Funding Group LLC<br>865 Nj-33 Business 3 Unit 192<br>Freehold, NJ 07728 | | | Contingent<br>Unliquidated<br>Disputed | $225,000.00 | $0.00 | $225,000.00 |
| Soltmon and Wattles<br>12800 Center Court Dr. Ste. 300<br>Cerritos, CA 90703 | | Professional fees | | | | $75,000.00 |

Debtor Liberty Behavioral & Community Services Inc.
Name

Case number (*if known*)

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Square Funding<br>c/o Madeb Law<br>Jack Madeb, Esq.<br>1202 Avenue U<br>#1287<br>Brooklyn, NY 11229 | | | Contingent<br>Unliquidated<br>Disputed | $1,200,000.00 | $0.00 | $1,200,000.00 |
| State Fund Insurance<br>PO Box 51092<br>Los Angeles, CA 90051 | | | | | | $99,000.00 |

# United States Bankruptcy Court
## Central District of California

In re Liberty Behavioral & Community Services Inc.
Debtor(s)

Case No.
Chapter 11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Ladale Jackson<br>5601 West Slauson Avenue, Ste 130<br>Culver City, CA 90230 | | | equity security interest |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, Ladale Jackson, the Chief Executive Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date 10-20-2026

Signature
Ladale Jackson

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

None

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

None

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

None

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

None

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at Culver City, California.

Date: 10-20-2026

[signature]
Ladale Jackson
Signature of Debtor 1

Signature of Debtor 2

B2030 (Form 2030) (12/25)

# United States Bankruptcy Court
## Central District of California

In re Liberty Behavioral & Community Services Inc.
Debtor(s)

Case No.
Chapter 11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept A RETAINER OF | $ | 35,000.00 |
| Prior to the filing of this statement I have received A RETAINER OF | $ | 35,000.00 |
| Balance Due | $ | 0.00 |

2. The source of the compensation paid to me was:

   ☑ Debtor ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ☑ Debtor ☐ Other (specify):

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [List other services that counsel has agreed to provide]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

10/23/26
*Date*

Michael Jay Berger
*Signature of Attorney*

Law Offices of Michael Jay Berger
9454 Wilshire Boulevard, 6th floor
Beverly Hills, CA 90212
(310) 271-6223 Fax: (310) 271-9805
michael.berger@bankruptcypower.com
*Name of law firm*

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Michael Jay Berger<br>9454 Wilshire Boulevard, 6th floor<br>Beverly Hills, CA 90212<br>(310) 271-6223 Fax: (310) 271-9805<br>California State Bar Number: 100291 CA<br>michael.berger@bankruptcypower.com<br><br>☐ *Debtor(s) appearing without an attorney*<br>☑ *Attorney for Debtor* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re: | |
|---|---|
| Liberty Behavioral & Community Services Inc.<br><br>Debtor(s). | CASE NO.:<br>CHAPTER: 11<br><br>**VERIFICATION OF MASTER MAILING LIST OF CREDITORS**<br>**[LBR 1007-1(a)]** |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of 9 sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: 10-23-26 [signature]
Signature of Debtor 1

Date: ______________
Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: 10/23/2026 /s/Michael Jay Berger
Signature of Attorney for Debtor (if applicable)

Liberty Behavioral & Community Services
5601 W. Slauson Avenue, Suite 130
Culver City, CA 90230

Michael Jay Berger
Law Offices of Michael Jay Berger
9454 Wilshire Boulevard, 6th floor
Beverly Hills, CA 90212

Academy Behavioral of CA
5079 Gloria Ave
Encino, CA 91436

ADP
One ADP Blvd.
Roseland, NJ 07068

American Express
c/o Becket and Lee
PO Box 3001
Malvern, PA 19355

Apollo
9 West 57th St., 41st Fl
New York, NY 10019

AT & T
Payment Center
Sacramento, CA 95887

Atkinson, Andelson, Loya, Ruud
12800 Center Court Dr. Ste. 300
Cerritos, CA 90703

AY Consulting LLC
20570 N. Conlon Road
Maricopa, AZ 85138

Berkshire Hathaway Homestate Insura
1314 Douglas Street, Suite 1300
Omaha, NE 68102-1944

Bloom Workspaces
2014 Capitol Ave
Sacramento, CA 95811

Bloom Workspaces LLC
2014 Capital Avenue, Ste 100
Sacramento, CA 95811

Buckingham Heights Business Park
c/o Matthew Sullivan, President
5731 W. Slauson Avenue, Ste 222
Culver City, CA 90230

CalChoice
721 South Parker, Suite 140
Orange, CA 92868

California Department of
Development Services
c/o Sean Rashkis, Esq.
1215 O St, Stop 9
Sacramento, CA 95814-5804

CARF International
6951 East Southpoint Road
Tucson, AZ 85756-9407

Chase Ink
PO Box 6294
Carol Stream, IL 60197

City Club Los Angeles
555 Flower St., 51st Fl
Los Angeles, CA 90071

City of Los Angeles
Office of Finance
PO Box 53200
Los Angeles, CA 90053

Concentra
5080 Spectrum Dr. Ste. 1200W
Addison, TX 75001

Crisis Prevention Institute
10850 W. Park Place Ste. 250
Milwaukee, WI 53224

Crystal Promotions, Inc.
c/o Jimmy Ebrahimi
3030 E. Vernon Avenue
Los Angeles, CA 90058

Culligan Quench
630 Allendale Rd.
King of Prussia, PA 19406

David Byrd
1709 Rowland Avenue
Camarillo, CA 93010

Dell Financial
PO Box 81575
Austin, TX 78708

Douglas Emmett 2014, LLC
c/o Douglas Emmett Management, LLC
Attn: Senior Vice President
1299 Ocean Avenue, Suite 1000
Santa Monica, CA 90401

EDD
P.O. Box 826880
Sacramento, CA 94280

FedEx
PO Box 7221
Pasadena, CA 91109

First Insurance Funding
450 Skokie Blvd. Ste 1000
Northbrook, IL 60062

Freedom Law
4 Executive Circle, Ste. 150
Irvine, CA 92614

Galeanos Cleaning Services
13918 Anderson St.
Paramount, CA 90723

GZS Holdings LLC
c/o Paul Huante, CEO
1837 N. Neville St.
Santa Monica, CA 90401

Internal Revenue Service
P O Box 7346
Philadelphia, PA 19101-7346

Ladale Jackson
5601 West Slauson Avenue, Ste 130
Culver City, CA 90230

LADWP
PO Box 51111
Los Angeles, CA 90051

Lanterman Regional Center
3303 Wilshire Blvd., 1st Fl
Los Angeles, CA 90010

Law Offices of Todd M. Friedman, PC
c/o Todd M. Friedman, Esq.
23586 Calabasas Rd., Suite 105
Calabasas, CA 91302

LBJ Holdings
6441 S. Holt
Los Angeles, CA 90056

Lee & Associates Commercial RE
c/o Phillip DeRousse
1004 W. Taft Ave., Ste. 150
Orange, CA 92865

Los Angeles Mobile Notary Service
13335 Gramercy Place
Gardena, CA 90249

Marlin Leasing Corp.
300 Fellowship Rd.
Mount Laurel, NJ 08054

Mercedes Benz Financial Services
PO Box 5209
Wood Dale, IL 60191

Methodology IT
8939 Sepulveda Blvd #506
Los Angeles, CA 90045

MKCircle Enterprises
340 Golden Shore, Suite 445
Long Beach, CA 90802

Netsmart
11100 Nall Ave
Overland Park, KS 66210

NewCo Capital Group LLC
c/o Piekarski Law
17 State Street, Ste 1800
New York, NY 10004

North Mills Credit Trust
601 Merritt 7, ste 5
Norwalk, CT 06851

Order.co/Negotiatus Corp
156 5th Ave Fl 7
New York, NY 10010

Parkside Funding Group LLC
865 Nj-33 Business 3 Unit 192
Freehold, NJ 07728

Parkside Funding Group LLC
c/o David Fogel P.C.
Attn: David Fogel, Esq.
1225 Franklin Avenue, Ste 522
Garden City, NY 11530

PayrHealth
PO Box 2378
Carol Stream, IL 60197

PGH Marriage & Family Therapy Inc.
Attn: Patrice Graham-Hardent, Agent
608 Leigh Dr.
Merced, CA 95348

Philadelphia Insurance Companies
One Bala Plaza, Suite 100
Bala Cynwyd, PA 19004

Premier Workspaces
9431 Haven Ave
Rancho Cucamonga, CA 91730

Progressive
300 North Commons Blvd.
Cleveland, OH 44143

Raquel Esparza
c/o Law Offices of Todd M. Friedman
Attn: Todd M. Friedman
21031 Ventura Blvd. #340
Woodland Hills, CA 91364

Regus Management Group, LLC
11400 Olympic Blvd. Ste 200
Los Angeles, CA 90064

Relias
1010 Sync St. Ste. 100
Morrisville, NC 27560

Rolls Royce Motor Cars Financial Se
PO Box 78103
Phoenix, AZ 85062

Samson MCA LLC
c/o Berkovitch & Bouskila, PLLC
Attn: Ariel Bouskila, Esq.
1545U.S. 202, Ste. 101
Pomona, NY 10970

Soltmon and Wattles
12800 Center Court Dr. Ste. 300
Cerritos, CA 90703

Spectrum
12405 Pwescourt Dr.
Saint Louis, MO 63131

Square Funding
c/o Madeb Law
Jack Madeb, Esq.
1202 Avenue U #1287
Brooklyn, NY 11229

State Fund Insurance
PO Box 51092
Los Angeles, CA 90051

Taylored Space WC, LLC
1730 W Cameron Avenue, #200
West Covina, CA 91790

The Toll Roads
PO Box 57011
Irvine, CA 92619

U.S. Background Screening, Inc.
638 Lindero Canyon Rd.
Oak Park, CA 91377

Vital Documents
3400 W MacArthur Blvd., Ste. 1
Santa Ana, CA 92704

Ware Disposal
PO Box 1318
Santa Ana, CA 92702

Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address

**Michael Jay Berger (SBN 100291)**
**Sofya Davtyan (SBN 259544)**
**Law Offices of Michael Jay Berger**
**9454 Wilshire Boulevard, 6th floor**
**Beverly Hills, CA 90212**
**(310) 271-6223 Fax: (310) 271-9805**
**E-mail: Michael.Berger@bankruptcypower.com**
**E-mail: Sofya.Davtyan@bankruptcypower.com**

☑ *Attorneys for: Liberty Behavioral & Community Services Inc.*

FOR COURT USE ONLY

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re:
**Liberty Behavioral & Community Services Inc.**
Debtor(s),

Plaintiff(s),

Defendant(s).

CASE NO.:
ADVERSARY NO.:
CHAPTER: **11**

## CORPORATE OWNERSHIP STATEMENT PURSUANT TO FRBP 1007(a)(1) and 7007.1, and LBR 1007-4

[No hearing]

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, **Ladale Jackson**, the undersigned in the above-captioned case, hereby declare
*(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1. I have personal knowledge of the matters set forth in this Statement because:
   - ☑ I am the president or other officer or an authorized agent of the Debtor corporation
   - ☐ I am a party to an adversary proceeding
   - ☐ I am a party to a contested matter
   - ☐ I am the attorney for the Debtor corporation

2.a. ☑ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's equity interests:
See Addendum

b. ☐ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

10-20-2026
Date

By: [signature]
Signature of Debtor, or attorney for Debtor

Name: **Ladale Jackson**
Printed name of Debtor, or attorney for Debtor

## Addendum to Corporate Ownership Statement Pursuant to F.R.B.P. 1007(a)(1) and 7007.1, and Local Bankruptcy Rule 1002-5

**The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:**

Ladale Jackson
5601 West Slauson Avenue, Ste 130
Culver City, CA 90230