**Fill in this information to identify the case:**

Debtor name **Liberty Behavioral & Community Services Inc.**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) **2:26-bk-20739-BR**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

**12/15**

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 11/06/2026

*X* [signature]
Signature of individual signing on behalf of debtor

**Ladale Jackson**
Printed name

**Chief Executive Officer**
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name **Liberty Behavioral & Community Services Inc.**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) **2:26-bk-20739-BR**

☐ Check if this is an amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**12/15**

**Part 1: Summary of Assets**

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

| | | |
|---|---|---|
| 1a. **Real property:** Copy line 88 from *Schedule A/B* | $ | **0.00** |
| 1b. **Total personal property:** Copy line 91A from *Schedule A/B* | $ | **1,603,498.33** |
| 1c. **Total of all property:** Copy line 92 from *Schedule A/B* | $ | **1,603,498.33** |

**Part 2: Summary of Liabilities**

| | | |
|---|---|---|
| 2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D) Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* | $ | **3,321,720.00** |
| 3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F) | | |
| **3a. Total claim amounts of priority unsecured claims:** Copy the total claims from Part 1 from line 5a of *Schedule E/F* | $ | **1,271,557.00** |
| **3b. Total amount of claims of nonpriority amount of unsecured claims:** Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* | +$ | **2,385,844.70** |
| 4. **Total liabilities** Lines 2 + 3a + 3b | $ | **6,979,121.70** |

**Fill in this information to identify the case:**

Debtor name **Liberty Behavioral & Community Services Inc.**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) **2:26-bk-20739-BR**

☐ Check if this is an amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property

**12/15**

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.

■ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor** — **Current value of debtor's interest**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1. | **Wells Fargo Bank** | **Checking account** | **1827** | **$0.00** |
| 3.2. | **Wells Fargo Bank** | **Checking account** | **0433** | **$0.00** |
| 3.3. | **Wells Fargo Bank** | **Savings account** | **8198** | **$0.00** |
| 3.4. | **Mid First Bank** | **General account** | **9138** | **$31.33** |
| 3.5. | **Mid First Bank** | **Payroll account** | **6813** | **$0.00** |
| 3.6. | **Chase Bank** | **General Account** | **6526** | **$620.00** |

Debtor **Liberty Behavioral & Community Services Inc.** Case number *(If known)* **2:26-bk-20739-BR**
Name

3.7. **Chase Bank** | **Payroll account** | **7106** | **$0.00**

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.** **$651.33**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2: Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

7.1. **Security deposit for all leased locations** **$83,500.00**

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9. **Total of Part 2.** **$83,500.00**
Add lines 7 through 8. Copy the total to line 81.

**Part 3: Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

11a. 90 days old or less: **1,083,447.00** (face amount) - **0.00** (doubtful or uncollectible accounts) = .... **$1,083,447.00**

12. **Total of Part 3.** **$1,083,447.00**
Current value on lines 11a + 11b = line 12. Copy the total to line 82.

**Part 4: Investments**

13. **Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

**Part 5: Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

**Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

Debtor **Liberty Behavioral & Community Services Inc.** Case number *(If known)* **2:26-bk-20739-BR**
Name

■ No. Go to Part 7.
☐ Yes Fill in the information below.

**Part 7: Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>**Office furniture and fixtures such as desks, computers, chairs, cabinets** | **$0.00** | **Liquidation** | **$15,000.00** |
| 40. | **Office fixtures**<br>**ABA equipment** | **$0.00** | **Liquidation** | **$6,500.00** |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>**Computers, phones, copiers, software** | **$0.00** | **Liquidation** | **$35,000.00** |
| | **Leased (2) Xerox PrimeLink C9265 with Production Ready Booklet Maker w/ Hole Punch, C/Z Fold Unit Fiery EX-I, Wifi Kit, 1 Line Fax** | **Unknown** | | **Unknown** |
| | **Neuro Star TMS xray equipment** | **$0.00** | | **$0.00** |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.** **$56,500.00**
Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8: Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

Debtor **Liberty Behavioral & Community Services Inc.** Case number *(If known)* **2:26-bk-20739-BR**
Name

| | General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. | (2) 2015 Dodge Van - $2,400<br>(1) 2016 Dodge Journey - $5,000<br>(1) 2021 Dodge Van - $12,000 | $0.00 | | $19,400.00 |
| 47.2. | 2025 Rolls Royce | $0.00 | | $280,000.00 |
| 47.3. | 2026 G Wagon Mercedes | $0.00 | | $80,000.00 |
| 48. | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. | **Aircraft and accessories** | | | |
| 50. | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |

51. **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87. **$379,400.00**

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
- ■ No
- ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
- ■ No
- ☐ Yes

## Part 9: Real property

54. **Does the debtor own or lease any real property?**
- ■ No. Go to Part 10.
- ☐ Yes Fill in the information below.

## Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**
- ☐ No. Go to Part 11.
- ■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. | **Internet domain names and websites**<br>lbcsi.com | $0.00 | | $0.00 |
| 62. | **Licenses, franchises, and royalties** | | | |

Debtor **Liberty Behavioral & Community Services Inc.** Case number *(If known)* **2:26-bk-20739-BR**
Name

63. **Customer lists, mailing lists, or other compilations**

64. **Other intangibles, or intellectual property**

65. **Goodwill**

66. **Total of Part 10.** **$0.00**
Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
■ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No. Go to Part 12.
☐ Yes Fill in the information below.

Debtor **Liberty Behavioral & Community Services Inc.** Case number *(If known)* **2:26-bk-20739-BR**
Name

**Part 12: Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$651.33** | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | **$83,500.00** | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | **$1,083,447.00** | |
| 83. | **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | **$0.00** | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$56,500.00** | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$379,400.00** | |
| 88. | **Real property.** *Copy line 56, Part 9*..........> | | **$0.00** |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + **$0.00** | |
| 91. | **Total.** Add lines 80 through 90 for each column | **$1,603,498.33** | + 91b. **$0.00** |
| 92. | **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | **$1,603,498.33** |

**Fill in this information to identify the case:**

Debtor name **Liberty Behavioral & Community Services Inc.**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) **2:26-bk-20739-BR**

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

## Part 1: List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|
| 2.1 BMW Financial Services | $265,600.00 | $280,000.00 |
| 2.2 Mercedes Benz Financial Services | $89,120.00 | $80,000.00 |

**2.1 BMW Financial Services**
Creditor's Name

**PO Box 78103**
**Phoenix, AZ 85062**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**12/2025**

**Last 4 digits of account number**
**8933**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2025 Rolls Royce**

**Describe the lien**
**Vehicle**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$265,600.00** | **$280,000.00**

---

**2.2 Mercedes Benz Financial Services**
Creditor's Name

**PO Box 5209**
**Wood Dale, IL 60191**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**3001**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**2026 G Wagon Mercedes**

**Describe the lien**
**Auto**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

**$89,120.00** | **$80,000.00**

Debtor **Liberty Behavioral & Community Services Inc.** Case number (if known) **2:26-bk-20739-BR**
Name

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.3 **Neuronetics** — **$192,000.00** — **$0.00**

Creditor's Name
**Attn: Bankruptcy/Legal Department**
**1100 Lake St., Ste. 120**
**Oak Park, IL 60301**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2026**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**

**Describe the lien**
**Equipment lease**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.4 **Neuronetics** — **$0.00** — **$0.00**

Creditor's Name
**Attn: Bankruptcy/Legal Department**
**1100 Lake St., Ste. 120**
**Oak Park, IL 60301**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Neuro Star TMS xray equipment**

**Describe the lien**
**Equipment lease**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.5 **NewCo Capital Group LLC** — **$450,000.00** — **$0.00**

Creditor's Name
**c/o Piekarski Law**
**17 State Street, Ste 1800**
**New York, NY 10004**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**

**Describe the lien**
**UCC Financing Statement**

Debtor **Liberty Behavioral & Community Services Inc.** Case number (if known) **2:26-bk-20739-BR**
Name

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**4/17/2026**

**Last 4 digits of account number**
**9940**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.6 **Parkside Funding Group LLC**
Creditor's Name

**865 Nj-33 Business 3 Unit 192**
**Freehold, NJ 07728**
Creditor's mailing address

**Describe debtor's property that is subject to a lien** **$225,000.00** **$0.00**

**Describe the lien**
**UCC**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**5/14/2026 and 8/11/2026**

**Last 4 digits of account number**
**5612**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

---

2.7 **Samson MCA LLC**
Creditor's Name

**c/o Berkovitch & Bouskila, PLLC**
**Attn: Ariel Bouskila, Esq.**
**1545U.S. 202, Ste. 101**
**Pomona, NY 10970**
Creditor's mailing address

**Describe debtor's property that is subject to a lien** **$900,000.00** **$0.00**

**Describe the lien**
**UCC Financing Statement**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**4/15/2025**

**Last 4 digits of account number**
**2738**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

Debtor **Liberty Behavioral & Community Services Inc.** Case number (if known) **2:26-bk-20739-BR**
Name

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

■ Contingent
■ Unliquidated
■ Disputed

---

2.8 **Square Funding** — **$1,200,000.00** — **$0.00**

Creditor's Name

**c/o Madeb Law**
**Jack Madeb, Esq.**
**1202 Avenue U #1287**
**Brooklyn, NY 11229**

Creditor's mailing address

Creditor's email address, if known

**Describe debtor's property that is subject to a lien**

**Describe the lien**

**UCC Financing Statement**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**3/30/2026**

**Last 4 digits of account number**

**1121**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** **$3,321,720.00**

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

**List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.**

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Parkside Funding Group LLC**<br>**c/o David Fogel P.C.**<br>**Attn: David Fogel, Esq.**<br>**1225 Franklin Avenue, Ste 522**<br>**Garden City, NY 11530** | Line **2.6** | |

**Fill in this information to identify the case:**

Debtor name **Liberty Behavioral & Community Services Inc.**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) **2:26-bk-20739-BR**

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | Total claim | Priority amount |
|---|---|---|
| **2.1** Priority creditor's name and mailing address: **EDD, P.O. Box 826880, Sacramento, CA 94280**<br>As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed<br>Date or dates debt was incurred: **2025**<br>Basis for the claim: **Payroll Taxes**<br>Last 4 digits of account number<br>Is the claim subject to offset? ■ No ☐ Yes<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | **$155,357.00** | **$155,357.00** |
| **2.2** Priority creditor's name and mailing address: **Internal Revenue Service, P O Box 7346, Philadelphia, PA 19101-7346**<br>As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed<br>Date or dates debt was incurred: **2025**<br>Basis for the claim: **Payroll Tax**<br>Last 4 digits of account number<br>Is the claim subject to offset? ■ No ☐ Yes<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | **$1,116,200.00** | **$1,116,200.00** |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

3.1 **Nonpriority creditor's name and mailing address**
**Academy Behavioral of CA**
**5079 Gloria Ave**
**Encino, CA 91436**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$50,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.2 **Nonpriority creditor's name and mailing address**
**ADP**
**One ADP Blvd.**
**Roseland, NJ 07068**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$112,000.00**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.3 **Nonpriority creditor's name and mailing address**
**American Express**
**c/o Becket and Lee**
**PO Box 3001**
**Malvern, PA 19355**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$330,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4 **Nonpriority creditor's name and mailing address**
**American Express**
**c/o Becket and Lee**
**PO Box 3001**
**Malvern, PA 19355**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$152,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5 **Nonpriority creditor's name and mailing address**
**American Express**
**c/o Becket and Lee**
**PO Box 3001**
**Malvern, PA 19355**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$12,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6 **Nonpriority creditor's name and mailing address**
**Aniya S. Williams**
**2013 Lohengrin Street**
**Los Angeles, CA 90047**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$11,021.75**
☐ Contingent
☐ Unliquidated
■ Disputed
**Basis for the claim:** wages
Is the claim subject to offset? ■ No ☐ Yes

3.7 **Nonpriority creditor's name and mailing address**
**Apollo**
**9 West 57th St., 41st Fl**
**New York, NY 10019**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$450,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Liberty Behavioral & Community Services Inc.** Case number (if known) **2:26-bk-20739-BR**
Name

3.8 **Nonpriority creditor's name and mailing address**
**AT & T**
**Payment Center**
**Sacramento, CA 95887**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$365.58**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** invoice
Is the claim subject to offset? ■ No ☐ Yes

3.9 **Nonpriority creditor's name and mailing address**
**Atkinson, Andelson, Loya, Ruud**
**12800 Center Court Dr. Ste. 300**
**Cerritos, CA 90703**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$236,071.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Professional fees
Is the claim subject to offset? ■ No ☐ Yes

3.10 **Nonpriority creditor's name and mailing address**
**AY Consulting LLC**
**20570 N. Conlon Road**
**Maricopa, AZ 85138**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$38,392.00**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.11 **Nonpriority creditor's name and mailing address**
**Barrisford Bladon**
**2259 Clark Avenue**
**Long Beach, CA 90815**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,800.00**
☐ Contingent
☐ Unliquidated
■ Disputed
**Basis for the claim:** wages
Is the claim subject to offset? ■ No ☐ Yes

3.12 **Nonpriority creditor's name and mailing address**
**Berkshire Hathaway Homestate Insura**
**1314 Douglas Street, Suite 1300**
**Omaha, NE 68102-1944**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$6,300.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.13 **Nonpriority creditor's name and mailing address**
**Bloom Workspaces**
**2014 Capitol Ave**
**Sacramento, CA 95811**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,836.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** unpaid rent for the premises located at 2014 Capitol Ave., Ste#100, Sacramento, CA 95811 - Commercial Office/Clinic.
Is the claim subject to offset? ■ No ☐ Yes

3.14 **Nonpriority creditor's name and mailing address**
**Buckingham Heights Business Park**
**c/o Matthew Sullivan, President**
**5731 W. Slauson Avenue, Ste 222**
**Culver City, CA 90230**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$66,102.06**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** delinquent rent for 5601 W. Slauson Ave., Suite 130, Culver City, CA 90230.
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Liberty Behavioral & Community Services Inc.** Case number (if known) **2:26-bk-20739-BR**
Name

3.15 **Nonpriority creditor's name and mailing address**
**CalChoice**
**721 South Parker, Suite 140**
**Orange, CA 92868**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$64,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.16 **Nonpriority creditor's name and mailing address**
**California Department of Development Services**
**c/o Sean Rashkis, Esq.**
**1215 O St, Stop 9**
**Sacramento, CA 95814-5804**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.17 **Nonpriority creditor's name and mailing address**
**CARF International**
**6951 East Southpoint Road**
**Tucson, AZ 85756-9407**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$4,500.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.18 **Nonpriority creditor's name and mailing address**
**Chase Ink**
**PO Box 6294**
**Carol Stream, IL 60197**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$97,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.19 **Nonpriority creditor's name and mailing address**
**Cheryl Ramirez**
**17511 Incense Court**
**Penn Valley, CA 95946**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$12,930.77**
☐ Contingent
☐ Unliquidated
■ Disputed
**Basis for the claim:** wages
Is the claim subject to offset? ■ No ☐ Yes

3.20 **Nonpriority creditor's name and mailing address**
**City Club Los Angeles**
**555 Flower St., 51st Fl**
**Los Angeles, CA 90071**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,576.69**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.21 **Nonpriority creditor's name and mailing address**
**City of Los Angeles**
**Office of Finance**
**PO Box 53200**
**Los Angeles, CA 90053**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,833.60**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Liberty Behavioral & Community Services Inc.** Case number (if known) **2:26-bk-20739-BR**

Name

3.22 **Nonpriority creditor's name and mailing address**
**Claudia Palacios**
**11432 Cherrylee Drive**
**El Monte, CA 91732**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$10,523.52**
☐ Contingent
☐ Unliquidated
■ Disputed
**Basis for the claim:** wages
Is the claim subject to offset? ■ No ☐ Yes

3.23 **Nonpriority creditor's name and mailing address**
**Concentra**
**5080 Spectrum Dr. Ste. 1200W**
**Addison, TX 75001**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$7,532.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.24 **Nonpriority creditor's name and mailing address**
**Crisis Prevention Institute**
**10850 W. Park Place Ste. 250**
**Milwaukee, WI 53224**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$200.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Collection
Is the claim subject to offset? ■ No ☐ Yes

3.25 **Nonpriority creditor's name and mailing address**
**Culligan Quench**
**630 Allendale Rd.**
**King of Prussia, PA 19406**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$578.45**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.26 **Nonpriority creditor's name and mailing address**
**David Byrd**
**1709 Rowland Avenue**
**Camarillo, CA 93010**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$5,400.00**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.27 **Nonpriority creditor's name and mailing address**
**Dell Financial**
**PO Box 81575**
**Austin, TX 78708**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$686.35**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.28 **Nonpriority creditor's name and mailing address**
**Douglas Emmett 2014, LLC**
**c/o Douglas Emmett Management, LLC**
**Attn: Senior Vice President**
**1299 Ocean Avenue, Suite 1000**
**Santa Monica, CA 90401**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$41,659.10**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** delinquent rent for 301 N Canon Drive, Beverly Hills, CA 90210
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Liberty Behavioral & Community Services Inc.** Case number (if known) **2:26-bk-20739-BR**
Name

**3.29** **Nonpriority creditor's name and mailing address**
**FedEx**
**PO Box 7221**
**Pasadena, CA 91109**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,344.81**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.30** **Nonpriority creditor's name and mailing address**
**First Insurance Funding**
**450 Skokie Blvd. Ste 1000**
**Northbrook, IL 60062**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$38,578.62**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.31** **Nonpriority creditor's name and mailing address**
**Freedom Law**
**4 Executive Circle, Ste. 150**
**Irvine, CA 92614**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$10,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.32** **Nonpriority creditor's name and mailing address**
**Galeanos Cleaning Services**
**13918 Anderson St.**
**Paramount, CA 90723**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,500.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.33** **Nonpriority creditor's name and mailing address**
**GZS Holdings LLC**
**c/o Paul Huante, CEO**
**1837 N. Neville St.**
**Santa Monica, CA 90401**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,095.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** unpaid rent for the premises located at 128 E. Katella Ave, Ste 120, Orange, CA 92867
Is the claim subject to offset? ■ No ☐ Yes

**3.34** **Nonpriority creditor's name and mailing address**
**Jessica Paz**
**16664 Kingside Drive**
**Covina, CA 91722**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$4,811.86**
☐ Contingent
☐ Unliquidated
■ Disputed
**Basis for the claim:** wages
Is the claim subject to offset? ■ No ☐ Yes

**3.35** **Nonpriority creditor's name and mailing address**
**Jessica Sanders**
**3925 Dillingham Avenue**
**Modesto, CA 95357**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$4,000.00**
☐ Contingent
☐ Unliquidated
■ Disputed
**Basis for the claim:** wages
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Liberty Behavioral & Community Services Inc.** Case number (if known) **2:26-bk-20739-BR**

| # | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount |
|---|---|---|---|
| 3.36 | **Jone Blount**<br>**11048 Washington Blvd Apt 210**<br>**Culver City, CA 90232**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>Basis for the claim: wages<br>Is the claim subject to offset? ■ No ☐ Yes | **$15,784.13** |
| 3.37 | **LADWP**<br>**PO Box 51111**<br>**Los Angeles, CA 90051**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Utiity<br>Is the claim subject to offset? ■ No ☐ Yes | **$287.77** |
| 3.38 | **Lanterman Regional Center**<br>**3303 Wilshire Blvd., 1st Fl**<br>**Los Angeles, CA 90010**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$14,622.40** |
| 3.39 | **LBJ Holdings**<br>**6441 S. Holt**<br>**Los Angeles, CA 90056**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$100,000.00** |
| 3.40 | **Lori Brummel**<br>**c/o Bluestone Law**<br>**Rotem Tamir, Esq.**<br>**7008 Owensworth Avenue**<br>**Canoga Park, CA 91303**<br>Date(s) debt was incurred 5/14/2025<br>Last 4 digits of account number 4113 | ■ Contingent<br>■ Unliquidated<br>■ Disputed<br>Basis for the claim: Employment complaint<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.41 | **Los Angeles Mobile Notary Service**<br>**13335 Gramercy Place**<br>**Gardena, CA 90249**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,066.00** |
| 3.42 | **Maria Alejandra Arroyo**<br>**4607 Oak Street**<br>**Pico Rivera, CA 90660**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>Basis for the claim: wages<br>Is the claim subject to offset? ■ No ☐ Yes | **$7,473.24** |

Debtor **Liberty Behavioral & Community Services Inc.** Case number (if known) **2:26-bk-20739-BR**
Name

3.43 **Nonpriority creditor's name and mailing address**
**Marlin Leasing Corp.**
**300 Fellowship Rd.**
**Mount Laurel, NJ 08054**
**Date(s) debt was incurred** 7/30/2026
**Last 4 digits of account number** 1123

**As of the petition filing date, the claim is:** *Check all that apply.* **$4,243.29**
☐ Contingent
☐ Unliquidated
■ Disputed
**Basis for the claim:** Leased (2) Xerox PrimeLink C9265 with Production Ready Booklet Maker w/ Hole Punch, C/Z Fold Unit Fiery EX-I, Wifi Kit, 1 Line Fax
Is the claim subject to offset? ■ No ☐ Yes

---

3.44 **Nonpriority creditor's name and mailing address**
**Melissa Magboo**
**16330 Fieldcredt Ct**
**La Mirada, CA 90638**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,419.08**
☐ Contingent
☐ Unliquidated
■ Disputed
**Basis for the claim:** wages
Is the claim subject to offset? ■ No ☐ Yes

---

3.45 **Nonpriority creditor's name and mailing address**
**Methodology IT**
**8939 Sepulveda Blvd #506**
**Los Angeles, CA 90045**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$19,684.34**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

3.46 **Nonpriority creditor's name and mailing address**
**MKCircle Enterprises**
**340 Golden Shore, Suite 445**
**Long Beach, CA 90802**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$4,620.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

3.47 **Nonpriority creditor's name and mailing address**
**Netsmart**
**11100 Nall Ave**
**Overland Park, KS 66210**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$74,000.00**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

3.48 **Nonpriority creditor's name and mailing address**
**North Mills Credit Trust**
**601 Merritt 7, ste 5**
**Norwalk, CT 06851**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$65,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

3.49 **Nonpriority creditor's name and mailing address**
**Order.co/Negotiatus Corp**
**156 5th Ave Fl 7**
**New York, NY 10010**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,800.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Liberty Behavioral & Community Services Inc.** Case number (if known) **2:26-bk-20739-BR**
Name

3.50 **Nonpriority creditor's name and mailing address**
**PayrHealth**
**PO Box 2378**
**Carol Stream, IL 60197**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$9,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.51 **Nonpriority creditor's name and mailing address**
**PGH Marriage & Family Therapy Inc.**
**Attn: Patrice Graham-Hardent, Agent**
**608 Leigh Dr.**
**Merced, CA 95348**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,595.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.52 **Nonpriority creditor's name and mailing address**
**Philadelphia Insurance Companies**
**One Bala Plaza, Suite 100**
**Bala Cynwyd, PA 19004**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$30,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.53 **Nonpriority creditor's name and mailing address**
**Progressive**
**300 North Commons Blvd.**
**Cleveland, OH 44143**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$10,202.40**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.54 **Nonpriority creditor's name and mailing address**
**Rachel Kearsley**
**658 S. Marengo Ave Apt 5**
**Pasadena, CA 91106**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$15,832.88**
☐ Contingent
☐ Unliquidated
■ Disputed
**Basis for the claim:** wages
Is the claim subject to offset? ■ No ☐ Yes

3.55 **Nonpriority creditor's name and mailing address**
**Raquel Esparza**
**c/o Law Offices of Todd M. Friedman**
**Attn: Todd M. Friedman**
**21031 Ventura Blvd. #340**
**Woodland Hills, CA 91364**
**Date(s) debt was incurred** 2025
**Last 4 digits of account number** 2505

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim:** Employment Lawsuit #25STCV22505
Is the claim subject to offset? ■ No ☐ Yes

3.56 **Nonpriority creditor's name and mailing address**
**Relias**
**1010 Sync St. Ste. 100**
**Morrisville, NC 27560**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$5,638.79**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Liberty Behavioral & Community Services Inc.** Case number (if known) **2:26-bk-20739-BR**
Name

3.57 **Nonpriority creditor's name and mailing address**
**Soltmon and Wattles**
**12800 Center Court Dr. Ste. 300**
**Cerritos, CA 90703**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$75,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Professional fees
Is the claim subject to offset? ■ No ☐ Yes

3.58 **Nonpriority creditor's name and mailing address**
**Sora Lee**
**211 Grand Avenue, Apt 204**
**Long Beach, CA 90803**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$41,120.51**
☐ Contingent
☐ Unliquidated
■ Disputed
**Basis for the claim:** wages
Is the claim subject to offset? ■ No ☐ Yes

3.59 **Nonpriority creditor's name and mailing address**
**Spectrum**
**12405 Pwescourt Dr.**
**Saint Louis, MO 63131**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$196.88**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.60 **Nonpriority creditor's name and mailing address**
**State Fund Insurance**
**PO Box 51092**
**Los Angeles, CA 90051**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$99,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.61 **Nonpriority creditor's name and mailing address**
**Tarrance Lockhart**
**c/o Jaurigue Law Group**
**Michael J. Jaurigue, Esq.**
**300 W. Glenoaks Blvd. Suite 300**
**Glendale, CA 91202**
**Date(s) debt was incurred** 12/1/2025
**Last 4 digits of account number** 5083

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim:** Wrongful termination lawsuit
Is the claim subject to offset? ■ No ☐ Yes

3.62 **Nonpriority creditor's name and mailing address**
**The Toll Roads**
**PO Box 57011**
**Irvine, CA 92619**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$7.35**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.63 **Nonpriority creditor's name and mailing address**
**U.S. Background Screening, Inc.**
**638 Lindero Canyon Rd.**
**Oak Park, CA 91377**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,195.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Liberty Behavioral & Community Services Inc.** Case number (if known) **2:26-bk-20739-BR**
Name

3.64 **Nonpriority creditor's name and mailing address**
**Vital Documents**
**3400 W MacArthur Blvd., Ste. 1**
**Santa Ana, CA 92704**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$49.19**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.65 **Nonpriority creditor's name and mailing address**
**Ware Disposal**
**PO Box 1318**
**Santa Ana, CA 92702**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$367.29**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

## Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Law Offices of Todd M. Friedman, PC**<br>**c/o Todd M. Friedman, Esq.**<br>**23586 Calabasas Rd., Suite 105**<br>**Calabasas, CA 91302** | Line **3.55**<br>☐ Not listed. Explain ____ | _ |

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 1,271,557.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 2,385,844.70 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 3,657,401.70 |

**Fill in this information to identify the case:**

Debtor name **Liberty Behavioral & Community Services Inc.**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) **2:26-bk-20739-BR**

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.

■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease Agreement for the premises located at 2014 Capitol Ave., Ste#100, Sacramento, CA 95811 - Commercial Office/Clinic.** | **Bloom Workspaces LLC**<br>**2014 Capital Avenue, Ste 100**<br>**Sacramento, CA 95811** |
| | State the term remaining | **month-to-month** | |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Lease agreement for 5601 W. Slauson Ave., Suite 130, Culver City, CA 90230 - Commercial office/clinic. The term of the lease is 8 years and 6 months.** | **Buckingham Heights Business Park**<br>**c/o Matthew Sullivan, President**<br>**5731 W. Slauson Avenue, Ste 222**<br>**Culver City, CA 90230** |
| | State the term remaining | **1/1/2031** | |
| | List the contract number of any government contract | | |

Debtor 1 **Liberty Behavioral & Community Services Inc.** Case number (*if known*) **2:26-bk-20739-BR**

First Name Middle Name Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease agreement for premises located at 1820 S Grand Ave., Los Angeles, CA 90015 - Commercial office/clinic between Crystal Promotions, Inc. ("landlord") and Liberty Behavioral & Community Services Inc ("tenant") dated January 2025. The term of the lease is for 10 years with two five-year options to renew. Tenant paid a $59,964.11 security deposit.** | **Crystal Promotions, Inc.<br>c/o Jimmy Ebrahimi<br>3030 E. Vernon Avenue<br>Los Angeles, CA 90058** |
| | State the term remaining | **1/1/2035** | |
| | List the contract number of any government contract | | |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Office Lease between Douglas Emmett 2014, LLC ("landlord") and Liberty Behavioral & Community Services Inc ("tenant") for the premises located at 301 North Canon Drive, Beverly Hills, CA 90210. The term of the lease is for 5 years and 3 months with commencement date of June 2025.** | **Douglas Emmett 2014, LLC<br>c/o Douglas Emmett Management, LLC<br>Attn: Senior Vice President<br>1299 Ocean Avenue, Suite 1000<br>Santa Monica, CA 90401** |
| | State the term remaining | **8/2/2030** | |
| | List the contract number of any government contract | | |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease Agreement between GZS Holdings LLC ("landlord") and Liberty Employment Services for the premises located at 128 E. Katella Ave, Ste 120, Orange, CA 92867 - Commercial Office/Clinic. The lease commenced on September 29, 2022 for a term of five years.** | **GZS Holdings LLC**<br>**c/o Paul Huante, CEO**<br>**1837 N. Neville St.**<br>**Santa Monica, CA 90401** |
| | State the term remaining | **October 31, 2027** | |
| | List the contract number of any government contract | | |
| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for the premises located at 128 E. Katella Avenue, Suite 120, Orange, CA 92867.** | **Lee & Associates Commercial RE**<br>**c/o Phillip DeRousse**<br>**1004 W. Taft Ave., Ste. 150**<br>**Orange, CA 92865** |
| | State the term remaining | **9/30/2027** | |
| | List the contract number of any government contract | | |
| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Lease agreement for the premises located at 2030 Main Street, Suite 1300, Office 43, Irvine, CA 92614.** | **Premier Workspaces**<br>**9431 Haven Ave**<br>**Rancho Cucamonga, CA 91730** |
| | State the term remaining | **12/1/2026** | |
| | List the contract number of any government contract | | |

Debtor 1 **Liberty Behavioral & Community Services Inc.** Case number (*if known*) **2:26-bk-20739-BR**

First Name Middle Name Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.8. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Lease for the premises located at 5250 Lankershim Blvd., Suites 560 and 564 North Hollywood, CA 91601. One-year lease agreement which renews automatically each year.** | **Regus Management Group, LLC<br>11400 Olympic Blvd. Ste 200<br>Los Angeles, CA 90064** |
| 2.9. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **One-year lease agreement for the premises located at 25350 Magic Mountain Pkwy., Ste 300, Valencia, CA 91355. The lease renews automatically each year.** | **Regus Management Group, LLC<br>11400 Olympic Blvd. Ste 200<br>Los Angeles, CA 90064** |
| 2.10. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **One-year lease agreement for the premises located at 16501 Ventura Blvd, Ste 443, Encino, CA 91436. The lease renews automatically each year.** | **Regus Management Group, LLC<br>11400 Olympic Blvd. Ste 200<br>Los Angeles, CA 90064** |

Debtor 1 **Liberty Behavioral & Community Services Inc.** Case number (*if known*) **2:26-bk-20739-BR**

First Name Middle Name Last Name

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Lease agreement for the premises located at 1730 W. Cameron Avenue, Ste 200, West Covina, CA 91790. The lease is a month-to-month lease.** | |
| | State the term remaining | | **Taylored Space WC, LLC**<br>**1730 W Cameron Avenue, #200**<br>**West Covina, CA 91790** |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name **Liberty Behavioral & Community Services Inc.**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) **2:26-bk-20739-BR**

☐ Check if this is an amended filing

# Official Form 206H
# Schedule H: Your Codebtors

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Ladale Jackson** | **5601 West Slauson Avenue, Ste 130<br>Culver City, CA 90230** | **Mercedes Benz Financial Services** | ■ D **2.2**<br>☐ E/F<br>☐ G |
| 2.2 | **Ladale Jackson** | **5601 West Slauson Avenue, Ste 130<br>Culver City, CA 90230** | **NewCo Capital Group LLC** | ■ D **2.5**<br>☐ E/F<br>☐ G |
| 2.3 | **Ladale Jackson** | **5601 West Slauson Avenue, Ste 130<br>Culver City, CA 90230** | **Parkside Funding Group LLC** | ■ D **2.6**<br>☐ E/F<br>☐ G |
| 2.4 | **Ladale Jackson** | **5601 West Slauson Avenue, Ste 130<br>Culver City, CA 90230** | **BMW Financial Services** | ■ D **2.1**<br>☐ E/F<br>☐ G |
| 2.5 | **Ladale Jackson** | **5601 West Slauson Avenue, Ste 130<br>Culver City, CA 90230** | **Samson MCA LLC** | ■ D **2.7**<br>☐ E/F<br>☐ G |

Debtor **Liberty Behavioral & Community Services Inc.** Case number *(if known)* **2:26-bk-20739-BR**

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| *Column 1:* **Codebtor** | *Column 2:* **Creditor** |
| --- | --- |

**Fill in this information to identify the case:**

Debtor name **Liberty Behavioral & Community Services Inc.**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) **2:26-bk-20739-BR**

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

**04/25**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1: Income

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **For prior year:**<br>From **1/01/2025** to **12/31/2025** | ☐ Operating a business<br>■ Other **Gross receipts** | **$15,000,000.00** |
| **For year before that:**<br>From **1/01/2024** to **12/31/2024** | ☐ Operating a business<br>■ Other **Gross receipts** | **$8,110,935.00** |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **Samson MCA LLC<br>c/o Berkovitch & Bouskila, PLLC<br>Attn: Ariel Bouskila, Esq.<br>1545U.S. 202, Ste. 101<br>Pomona, NY 10970** | **within 90 days** | **$383,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **MCA** |

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.2. | **Parkside Funding Group LLC**<br>**865 Nj-33 Business 3 Unit 192**<br>**Freehold, NJ 07728** | **8/27/2026,**<br>**9/3/2026,**<br>**9/25/2026** | **$152,000.00** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.3. | **NewCo Capital Group LLC**<br>**c/o Piekarski Law**<br>**17 State Street, Ste 1800**<br>**New York, NY 10004** | **9/3/2026** | **$20,000.00** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | **Ladale Jackson**<br>**c/o LBJ Holdings**<br>**5601 West Slauson Avenue, Ste 130**<br>**Culver City, CA 90230**<br>**CEO** | **within 12 months** | **$650,000.00** | **management fee** |
| 4.2. | **Kendall Jackson**<br>**5601 West Slauson Avenue, Ste 130**<br>**Culver City, CA 90230**<br>**Daughter of Debtor's Principal / Family Nurse** | **within 12 months** | **$137,500.00** | **Wages** |
| 4.3. | **Fredericka Ford**<br>**c/o Academy Behavioral Health**<br>**5079 Gloria Ave**<br>**Encino, CA 91436**<br>**COO** | **within 12 months** | **$250,000.00** | **Wages** |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3: Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Raquel Esparza vs. Liberty Behavioral & Community Services<br>25STCV22505** | **Employment Lawsuit** | **Superior Cout of California<br>111 Hill St.<br>Los Angeles, CA 90012** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Lori Brummel v. Liberty Behavioral & Community Services, Inc.<br>25STCV14113** | **Employment Lawsuit** | **Superior Court of California<br>County of Los Angeles<br>111 North Hill Street<br>Los Angeles, CA 90012** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **Tarrance Lockhart v. Liberty Behavioral & Community Services, Inc.<br>25STCV35083** | **Employment Lawsuit** | **Superior Court of California<br>County of Los Angeles<br>111 N Hill Street<br>Los Angeles, CA 90012** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4: Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5: Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6: Certain Payments or Transfers**

11. **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Law Offices of Michael Jay Berger**<br>**9454 Wilshire Blvd, 6th Floor**<br>**Beverly Hills, CA 90212** | | **9/21/2026 - $25,000.00**<br>**9/16/2026 - $11,738.00** | **$36,738.00** |

**Email or website address**
**Michael.Berger@bankruptcypower.com**

**Who made the payment, if not debtor?**

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7: Previous Locations

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

## Part 8: Health Care Bankruptcies

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☐ No. Go to Part 9.
■ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | **Liberty Behavioral & Community Service** | **Behavioral health provider with mental, health and substance abuse** | |
| | | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?**<br>*Check all that apply:*<br>■ Electronically<br>☐ Paper |

**Part 9:** **Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:** **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it<br>Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:** **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do

not list leased or rented property.

■ None

**Part 12: Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13: Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| | Name and address | Date of service<br>From-To |
|---|---|---|
| 26a.1. | **James M. Cha, CPA**<br>**3435 Overland Avenue**<br>**Los Angeles, CA 90034** | **2023 - present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | **James M. Cha, CPA**<br>**3435 Overland Avenue**<br>**Los Angeles, CA 90034** | |
| 26c.2. | **Ladale Jackson**<br>**5601 West Slauson Avenue, Ste 130**<br>**Culver City, CA 90230** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

**Name and address**

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Ladale Jackson** | **5601 West Slauson Avenue, Ste 130**<br>**Culver City, CA 90230** | **CEO** | **100%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Ladale Jackson**<br>**c/o LBJ Holdings**<br>**5601 West Slauson Avenue, Ste 130**<br>**Culver City, CA 90230**<br>Relationship to debtor<br>**CEO** | **650,000** | **within 12 months** | **management fee** |
| 30.2. | **Fredericka Ford**<br>**c/o Academy Behavioral Health**<br>**5079 Gloria Ave**<br>**Encino, CA 91436**<br>Relationship to debtor<br>**COO** | **250,000** | **within 12 months** | **Wages** |
| 30.3. | **Kendall Jackson**<br>**5601 West Slauson Avenue, Ste 130**<br>**Culver City, CA 90230**<br>Relationship to debtor<br>**Daughter of Debtor's Principal / Family Nurse** | **137,000** | **within 12 months** | **Wages** |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 11/06/2026

Signature of individual signing on behalf of the debtor

**Ladale Jackson**
Printed name

Position or relationship to debtor **Chief Executive Officer**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐ No
■ Yes

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Michael Jay Berger**<br>**9454 Wilshire Boulevard, 6th floor**<br>**Beverly Hills, CA 90212**<br>**(310) 271-6223 Fax: (310) 271-9805**<br>California State Bar Number: **100291 CA**<br>**michael.berger@bankruptcypower.com**<br><br>☐ *Debtor(s) appearing without an attorney*<br>☑ *Attorney for Debtor* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re: | |
|---|---|
| **Liberty Behavioral & Community Services Inc.**<br><br>Debtor(s). | CASE NO.:<br>CHAPTER: **11**<br><br>**VERIFICATION OF MASTER MAILING LIST OF CREDITORS**<br>**[LBR 1007-1(a)]** |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of 9 sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: 11/06/2026 ______________________
Signature of Debtor 1

Date: ______________________ ______________________
Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: 10/23/2026 /s/Michael Jay Berger
Signature of Attorney for Debtor (if applicable)

Liberty Behavioral & Community Services
5601 W. Slauson Avenue, Suite 130
Culver City, CA 90230

Michael Jay Berger
Law Offices of Michael Jay Berger
9454 Wilshire Boulevard, 6th floor
Beverly Hills, CA 90212

Academy Behavioral of CA
5079 Gloria Ave
Encino, CA 91436

ADP
One ADP Blvd.
Roseland, NJ 07068

American Express
c/o Becket and Lee
PO Box 3001
Malvern, PA 19355

Aniya S. Williams
2013 Lohengrin Street
Los Angeles, CA 90047

Apollo
9 West 57th St., 41st Fl
New York, NY 10019

AT & T
Payment Center
Sacramento, CA 95887

Atkinson, Andelson, Loya, Ruud
12800 Center Court Dr. Ste. 300
Cerritos, CA 90703

AY Consulting LLC
20570 N. Conlon Road
Maricopa, AZ 85138

Barrisford Bladon
2259 Clark Avenue
Long Beach, CA 90815

Berkshire Hathaway Homestate Insura
1314 Douglas Street, Suite 1300
Omaha, NE 68102-1944

Bloom Workspaces
2014 Capitol Ave
Sacramento, CA 95811

Bloom Workspaces LLC
2014 Capital Avenue, Ste 100
Sacramento, CA 95811

BMW Financial Services
PO Box 78103
Phoenix, AZ 85062

Buckingham Heights Business Park
c/o Matthew Sullivan, President
5731 W. Slauson Avenue, Ste 222
Culver City, CA 90230

CalChoice
721 South Parker, Suite 140
Orange, CA 92868

California Department of
Development Services
c/o Sean Rashkis, Esq.
1215 O St, Stop 9
Sacramento, CA 95814-5804

CARF International
6951 East Southpoint Road
Tucson, AZ 85756-9407

Chase Ink
PO Box 6294
Carol Stream, IL 60197

Cheryl Ramirez
17511 Incense Court
Penn Valley, CA 95946

City Club Los Angeles
555 Flower St., 51st Fl
Los Angeles, CA 90071

City of Los Angeles
Office of Finance
PO Box 53200
Los Angeles, CA 90053

Claudia Palacios
11432 Cherrylee Drive
El Monte, CA 91732

Concentra
5080 Spectrum Dr. Ste. 1200W
Addison, TX 75001

Crisis Prevention Institute
10850 W. Park Place Ste. 250
Milwaukee, WI 53224

Crystal Promotions, Inc.
c/o Jimmy Ebrahimi
3030 E. Vernon Avenue
Los Angeles, CA 90058

Culligan Quench
630 Allendale Rd.
King of Prussia, PA 19406

David Byrd
1709 Rowland Avenue
Camarillo, CA 93010

Dell Financial
PO Box 81575
Austin, TX 78708

Douglas Emmett 2014, LLC
c/o Douglas Emmett Management, LLC
Attn: Senior Vice President
1299 Ocean Avenue, Suite 1000
Santa Monica, CA 90401

EDD
P.O. Box 826880
Sacramento, CA 94280

FedEx
PO Box 7221
Pasadena, CA 91109

First Insurance Funding
450 Skokie Blvd. Ste 1000
Northbrook, IL 60062

Freedom Law
4 Executive Circle, Ste. 150
Irvine, CA 92614

Galeanos Cleaning Services
13918 Anderson St.
Paramount, CA 90723

GZS Holdings LLC
c/o Paul Huante, CEO
1837 N. Neville St.
Santa Monica, CA 90401

Internal Revenue Service
P O Box 7346
Philadelphia, PA 19101-7346

Jessica Paz
16664 Kingside Drive
Covina, CA 91722

Jessica Sanders
3925 Dillingham Avenue
Modesto, CA 95357

Jone Blount
11048 Washington Blvd Apt 210
Culver City, CA 90232

Ladale Jackson
5601 West Slauson Avenue, Ste 130
Culver City, CA 90230

LADWP
PO Box 51111
Los Angeles, CA 90051

Lanterman Regional Center
3303 Wilshire Blvd., 1st Fl
Los Angeles, CA 90010

Law Offices of Todd M. Friedman, PC
c/o Todd M. Friedman, Esq.
23586 Calabasas Rd., Suite 105
Calabasas, CA 91302

LBJ Holdings
6441 S. Holt
Los Angeles, CA 90056

Lee & Associates Commercial RE
c/o Phillip DeRousse
1004 W. Taft Ave., Ste. 150
Orange, CA 92865

Lori Brummel
c/o Bluestone Law
Rotem Tamir, Esq.
7008 Owensworth Avenue
Canoga Park, CA 91303

Los Angeles Mobile Notary Service
13335 Gramercy Place
Gardena, CA 90249

Maria Alejandra Arroyo
4607 Oak Street
Pico Rivera, CA 90660

Marlin Leasing Corp.
300 Fellowship Rd.
Mount Laurel, NJ 08054

Melissa Magboo
16330 Fieldcredt Ct
La Mirada, CA 90638

Mercedes Benz Financial Services
PO Box 5209
Wood Dale, IL 60191

Methodology IT
8939 Sepulveda Blvd #506
Los Angeles, CA 90045

MKCircle Enterprises
340 Golden Shore, Suite 445
Long Beach, CA 90802

Netsmart
11100 Nall Ave
Overland Park, KS 66210

Neuronetics
Attn: Bankruptcy/Legal Department
1100 Lake St., Ste. 120
Oak Park, IL 60301

NewCo Capital Group LLC
c/o Piekarski Law
17 State Street, Ste 1800
New York, NY 10004

North Mills Credit Trust
601 Merritt 7, ste 5
Norwalk, CT 06851

Order.co/Negotiatus Corp
156 5th Ave Fl 7
New York, NY 10010

Parkside Funding Group LLC
865 Nj-33 Business 3 Unit 192
Freehold, NJ 07728

Parkside Funding Group LLC
c/o David Fogel P.C.
Attn: David Fogel, Esq.
1225 Franklin Avenue, Ste 522
Garden City, NY 11530

PayrHealth
PO Box 2378
Carol Stream, IL 60197

PGH Marriage & Family Therapy Inc.
Attn: Patrice Graham-Hardent, Agent
608 Leigh Dr.
Merced, CA 95348

Philadelphia Insurance Companies
One Bala Plaza, Suite 100
Bala Cynwyd, PA 19004

Premier Workspaces
9431 Haven Ave
Rancho Cucamonga, CA 91730

Progressive
300 North Commons Blvd.
Cleveland, OH 44143

Rachel Kearsley
658 S. Marengo Ave Apt 5
Pasadena, CA 91106

Raquel Esparza
c/o Law Offices of Todd M. Friedman
Attn: Todd M. Friedman
21031 Ventura Blvd. #340
Woodland Hills, CA 91364

Regus Management Group, LLC
11400 Olympic Blvd. Ste 200
Los Angeles, CA 90064

Relias
1010 Sync St. Ste. 100
Morrisville, NC 27560

Samson MCA LLC
c/o Berkovitch & Bouskila, PLLC
Attn: Ariel Bouskila, Esq.
1545U.S. 202, Ste. 101
Pomona, NY 10970

Soltmon and Wattles
12800 Center Court Dr. Ste. 300
Cerritos, CA 90703

Sora Lee
211 Grand Avenue, Apt 204
Long Beach, CA 90803

Spectrum
12405 Pwescourt Dr.
Saint Louis, MO 63131

Square Funding
c/o Madeb Law
Jack Madeb, Esq.
1202 Avenue U #1287
Brooklyn, NY 11229

State Fund Insurance
PO Box 51092
Los Angeles, CA 90051

Tarrance Lockhart
c/o Jaurigue Law Group
Michael J. Jaurigue, Esq.
300 W. Glenoaks Blvd. Suite 300
Glendale, CA 91202

Taylored Space WC, LLC
1730 W Cameron Avenue, #200
West Covina, CA 91790

The Toll Roads
PO Box 57011
Irvine, CA 92619

U.S. Background Screening, Inc.
638 Lindero Canyon Rd.
Oak Park, CA 91377

Vital Documents
3400 W MacArthur Blvd., Ste. 1
Santa Ana, CA 92704

Ware Disposal
PO Box 1318
Santa Ana, CA 92702